

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00162-CR

Terrance **BRYANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10931
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: May 17, 2023

APPEAL DISMISSED FOR WANT OF JURISDICTION

The clerk's record in this appeal contains a pro se notice of appeal, which states appellant files "within thirty (30) days of sentencing having been imposed against Defendant on the 02 day of Dec[ember], 2021, in said cause . . . this written notice of appeal . . .." The clerk's record does not contain anything dated December 2, 2021. Furthermore, appellant is still awaiting trial. Therefore, it appears this court lacks jurisdiction over this appeal. *See Nikrasch v. State*, 698 S.W.2d 443, 450 (Tex. App.—Dallas 1985, no pet.) ("The appellate court has no jurisdiction over the appeal of a cause without a copy of the judgment."). Accordingly, on March 7, 2023, this court

ordered appellant to show cause in writing no later than March 17, 2023 why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines were held in abeyance pending further order of this court.

Appellant has not responded to our order. This appeal is dismissed for want of jurisdiction.

PER CURIAM

Do not publish